United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALVARADO ARRENDONDO,** | § § § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-271** |
| | § | |
| **WARDEN OF EL VALLE** | § | |
| **DETENTION FACILITY**, in his official | § | |
| capacity, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Carlos Alvarado Arrendondo's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition"); Alvarado Arrendondo lists various Respondents (collectively, the "Government"). Dkt. No. 1. Alvarado Arrendondo, a citizen of Mexico, claims that his detention violates the Fifth Amendment's Due Process Clause, the Immigration and Nationality Act, and the Administrative Procedure Act. Dkt. No. 1 at 1, 17–26.

Alvarado Arrendondo is held at the El Valle Detention Center ("El Valle") in Raymondville, Texas. Dkt. No. 1 at 3. Alvarado Arrendondo's custodian then, would appear to be the warden of El Valle. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining...the custody of the prisoner."); *Salmon v. Bureau of Immigration and Customs Enforcement*, 1:08-cv-003, 2008 WL 11395491 at *1–2 (S.D. Tex. 2008) (Recio, J.) (Report and Recommendation adopted by Tagle, J.) (noting that the proper respondent was the warden of Port Isabel Detention Center where petitioner was

detained). However, it is unclear from the filings, as to who is currently the warden of El Valle.

The Government is **ORDERED** to file a response to Alvarado Arrendondo's § 2241 Petition on or before **May 26, 2026**.  If Alvarado Arrendondo wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.  Alvarado Arrendondo and the Government are **DIRECTED** to inform the Court as to who is the warden of El Valle.

**SO ORDERED**.

**SIGNED** on this **11th** day of **May, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**