United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALVARADO ARRENDONDO**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **1:26-cv-271** |
| | § | |
| **WARDEN, EL VALLE DETENTION CENTER**, *et al.*, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner Carlos Alvarado Arrendondo's "Motion to Dismiss." Dkt. No. 15. In his Motion to Dismiss, Arrendondo states that the Government has "effectuated his removal to Mexico[]" and therefore his "petition for habeas relief based on a theory of prolonged and unlawful post removal order detention is now moot." *Id.* at 1.

Pursuant to Federal Rule of Civil Procedure 41(a), Arrendondo's Motion to Dismiss [Dkt. No. 15] is **GRANTED**.

Arrendondo's Petition for Writ of Habeas Corpus [Dkt. No. 1] is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**SIGNED** on this **13th** day of **October, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**